IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JAMES MELVIN,** | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 5:22-CV-1323-JKP |
| **HOBBY LOBBY STORES, INC.,** | § |
| *Defendant*. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James Melvin and Defendant Hobby Lobby Stores, Inc. file this Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all claims brought by Plaintiff against Defendant in this civil action and stipulating to the dismissal with prejudice of Defendant's claims for costs or attorneys' fees against Plaintiff. Each party agrees that they will bear their own costs and attorney's fees. Accordingly, the parties respectfully request that this case be closed.

Respectfully submitted,

| | |
|---|---|
| **ESPINOZA & BROCK PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/Javier Espinoza w/permission* <br> Javier Espinoza <br> Texas Bar No. 24036534 <br> javier@espinozabrock.com <br> Lara Brock <br> Texas Bar No. 24085872 <br> lara@espinozabrock.com <br> 10202 Heritage Blvd. <br> San Antonio, TX 78216 <br> 915.248.0808 (phone) <br><br> **ATTORNEYS FOR PLAINTIFF** | */s/ Lawrence Smith* <br> Lawrence D. Smith <br> Texas Bar No. 18638800 <br> larry.smith@ogletree.com <br> Rebecca A. Magee <br> rebecca.magee@ogletree.com <br> Texas Bar No. 24074633 <br> 2700 Weston Centre <br> 112 East Pecan Street <br> San Antonio, TX 78205 <br> 210.354.1300 (phone) <br> 210.277.2702 (fax) <br><br> **ATTORNEYS FOR DEFENDANT** |